FILED

2005 Apr-15  PM 01:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION**

| | | |
|---|---|---|
| TROY H. SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 03-WMA-RRA-3330-J |
| | ) | |
| WARDEN JIM COOKE, et al, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM OPINION**

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and the objections of the petitioner, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed.  An appropriate order will be entered.

DONE this 15th day of April, 2005.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE